IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THADDUS CLARK, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO.5:25-cv-00270-TES |
| | ) | |
| V. | ) | |
| | ) | |
| MACON WATER AUTHORITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 87**

Pursuant to Local Rule 87, the following corporate interests are disclosed by Defendant MACON WATER AUTHORITY:

(1)   The parent corporation of MACON WATER AUTHORITY:

*None.*

(2)   The subsidiary corporations of MACON WATER AUTHORITY:

*Macon Soils*

*The Macon Water Environmental Education, Inc.*

(3)   Any publicly held company that owns ten percent (10%) or more of MACON WATER AUTHORITY:

*None.*

*** SIGNATURE ON FOLLOWING PAGE ***

1

Respectfully submitted this 25th day of June, 2025.

                                    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

/s/ Timothy R. Newton
TIMOTHY R. NEWTON
Georgia Bar No. 542200
TIFFANY HARLOW
Georgia Bar No. 141386

230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
tnewton@constangy.com
tharlow@constangy.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 87 with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

Amelia A. Ragan
David J. French
LEGARE, ATTWOOD & RAGAN, LLC
125 Clairmont Ave.
Suite 515
Decatur, GA 30030
aaragan@law-llc.com
djfrench@law-llc.com

    This the 25th day of June, 2025.

                                        CONSTANGY, BROOKS, SMITH &
                                        PROPHETE, LLP

                                        /s/ Timothy R. Newton
                                        TIMOTHY R. NEWTON
                                        Georgia Bar No. 542200

230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
tnewton@constangy.com